IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BESHIRS, #1792693 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv529 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Christopher Beshirs, a prisoner confined at the Stevenson Unit within the Texas Department of Criminal Justice (TDCJ) proceeding *pro se* and *in forma pauperis*, filed this federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a judgment of conviction from Smith County, Texas. The petition was referred to United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

On September 17, 2020, Judge Love issued a Report, (Dkt. #19), recommending that Petitioner's federal habeas petition be dismissed, with prejudice, as time-barred. Judge Love also recommended that Petitioner be denied a certificate of appealability *sua sponte*. A copy of this Report was sent to Petitioner at his address, with an acknowledgment card. Petitioner has filed timely objections, (Dkt. #21).

The Court has conducted a careful *de novo* review of record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the Court has

determined that the Report of the United States Magistrate Judge is correct and Petitioner's objections are without merit.  Accordingly, it is

**ORDERED** that Petitioner's objections, (Dkt. #21), are overruled and the Report of the Magistrate Judge, (Dkt. #19), is **ADOPTED** as the opinion of the District Court.  It is also

**ORDERED** that the above-styled civil action is **DISMISSED** with prejudice as time-barred.  Moreover, it is

**ORDERED** that Petitioner Beshirs is **DENIED** a certificate of appealability *sua sponte*.  Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED** this the 1 day of **October, 2020.**

_____
Thad Heartfield
United States District Judge